UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:06-cr-69 |
| vs. ) | |
| ) | JUDGE COLLIER |
| LEONTIA JASON BLACKMON ) | |

MEMORANDUM AND ORDER

     The defendant appeared for a hearing before the undersigned on November 2 2012, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Donna Rankin and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

        (1)   AUSA Scott Winne for the USA.
        (2)   Defendant LEONTIA JASON BLACKMON.
        (3)   Attorney Leslie Cory for defendant.
        (4)   Supervising U.S. Probation Officer Beth Miller.
        (5)   Deputy Clerk Barbara Lewis.

     After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

     It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

     Defendant waived his right to a preliminary hearing but requested a detention hearing.

     AUSA Winne moved defendant be detained pending a hearing to determine whether his term of supervision should be revoked.

Findings

(1) Based upon U.S. Probation Officer Donna Rankin's petition and defendant's waiver of preliminary hearing, and the testimony of Supervising U.S. Probation Officer Beth Miller at the detention hearing, the undersigned finds there is

1

probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

(2) The defendant has not carried his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail he will not flee or will not pose a danger to the community.

<u>Conclusions</u>

It is ORDERED:

(1) The motion of AUSA Winne that the defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier on **Thursday, November 29, 2012, at 9:00 am.**

ENTER.

                                          S /*William B. Mitchell Carter*/
                                          UNITED STATES MAGISTRATE JUDGE